# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

EULENA COX

VERSUS

AIR AND LIQUID SYSTEMS
CORPORATION, ET AL

NO. 2020 CW 0676

**AUGUST 13, 2020**

---

In Re:    LWS, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 687711.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DISMISSED.**    This writ application is dismissed pursuant to relator, LWS, LLC's motion advising that it has settled the underlying claim, and requesting dismissal of its application for supervisory writ.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT